# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | SafetyCall International LLC | 12/7/2022 | 266459 | Check | $ 2,723.75 |
| Akorn Operating Company, LLC | SafetyCall International LLC | 1/18/2023 | 267023 | Check | $ 9,218.75 |
| Akorn Operating Company, LLC | SafetyCall International LLC | 2/6/2023 | 267136 | Check | $ 2,223.00 |
|  |  |  |  |  | $ 14,165.50 |